IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENTERGY ARKANSAS, INC., an Arkansas Corporation; ENTERGY GULF STATES, INC., a Texas corporation; ENTERGY LOUISIANA, INC., a Louisiana corporation; NEBRASKA PUBLIC POWER DISTRICT, a public corporation and political subdivision of the State of Nebraska; OMAHA PUBLIC POWER DISTRICT, a public corporation and political subdivision of the State of Nebraska; and WOLF CREEK NUCLEAR OPERATING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION,<br><br>    Defendants. | CASE NO. 4:06CV3101<br><br><br>ORDER |

    This matter is before the Court pursuant to the Motion to Withdraw of Robert A. Green. The Court has reviewed the Motion and finds that the Motion should be granted. Accordingly, IT IS ORDERED:

    1)    The Motion to Withdraw of Robert A. Green is granted.

    2)    Stephen M. Bruckner, Patrick S. Cooper and the law firm of Fraser Stryker PC LLO shall represent Plaintiff Nebraska Public Power District in this matter.

    DATED this 6th day of September, 2006.

                                             BY THE COURT

                                             s/ *David L. Piester*
                                             David L. Piester
                                             United States Magistrate Judge