IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENTERGY ARKANSAS, INC., et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | )   4:06CV3101 ) |
| CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION, | )   ORDER ) ) |
| Defendant. | ) ) |

IT IS ORDERED:

The parties' joint oral motion to extend deadline is granted and the deadline for filing summary judgment motions and supporting evidence is extended to November 29, 2006.

DATED this 20th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge