THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ENTERGY ARKANSAS, INC., et al., | ) ) ) | 4:06CV3101 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| CENTRAL INTERSTATE LOW LEVEL WASTE COMMISSION, | ) ) ) | |
| Defendant. | ) | |

The parties have filed a Joint Motion to Extend Briefing Deadline (filing 35) requesting until December 29, 2006, to submit opposition briefs on their cross-motions for summary judgment. I shall grant the motion.

IT IS ORDERED:

1. The parties' Joint Motion to Extend Briefing Deadline (filing 35) is granted, and the parties shall submit their opposition briefs on their cross-motions for summary judgment (filings 28 & 32) on or before December 29, 2006;

2. Reply briefs shall be filed on or before January 5, 2007, after which this matter shall be deemed ripe for disposition;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to reflect that the "response due" date on Filings 28 and 32 is January 5, 2007.

December 7, 2006.

                                      BY THE COURT:
                                      s/ *Richard G. Kopf*
                                      United States District Judge