THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ENTERGY ARKANSAS, INC., et al., | ) ) ) | 4:06CV3101 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| CENTRAL INTERSTATE LOW LEVEL RADIOACTIVE WASTE COMMISSION, | ) ) ) ) | |
| Defendant. | ) | |

A conference call with counsel was held. With the agreement of the parties,

IT IS ORDERED that the nonjury trial of this case is canceled. This matter shall be resolved on the pending summary judgment motions.

December 7, 2006.			BY THE COURT:

				s/ *Richard G. Kopf*
				United States District Judge